UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:24cv80053

MIREL DEITSCH,

    Plaintiff,

v.

RAUSCH STURM, LLP,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1. Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here.

## PARTIES

3. Plaintiff, Mirel Deitsch ("Deitsch"), is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4. Defendant Rausch Sturm, LLC ("Rausch"), is a limited liability company formed under the laws of the state of Wisconsin with its principal place of business at 250 Sunnyslope Rd., Suite 300, Brookfield, WI 53005.

5. Defendant was previously registered with the Florida Department of State Division of Corporations as a foreign limited liability company. On August 15, 2017, it withdrew its Florida registration.

6. Defendant is registered with the State of Wisconsin as a domestic limited liability company. Its registered agent is Gregory W. Enerson, 250 Sunnyslope Rd., Suite 300, Brookfield, WI 53005.

7. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

8. Defendant regularly collects debts due to other parties.

9. Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

10. Defendant sought to collect from Plaintiff an alleged debt on a defaulted American Express ("Amex") credit account.

11. On or about September 28, 2023, Rausch, on behalf of Amex filed a state court action against Deitsch for an alleged credit card debt in Kings County, New York. A copy of the Summons and Complaint without attachments is attached as Exhibit "A."

12. Plaintiff does not reside in Kings County, New York.

13. Plaintiff has and continues to reside in Palm Beach County, Florida for more than two (2) years.

14. Plaintiff has incurred legal fees in defending the state court action.

15. Plaintiff believes that Defendant filed the state court action in an inconvenient and impermissible county as a ploy to cause Plaintiff undue hardship by forcing Plaintiff to travel to another state and thereby coerce Plaintiff into satisfying a disputed debt.

## COUNT I
## LITIGATION IN AN IMPERMISSIBLE
## COUNTY IN VIOLATION OF 15 U.S.C §1692i(2)

16. Plaintiff incorporates Paragraphs 1 through 14.

2

17. Defendant violated the Fair Debt Collection Practices Act (FDCPA) by filing a state court action in a county in which Plaintiff neither resided in nor signed an agreement upon which the alleged date is based. As such, Defendant has violated 15 U.S.C. §1692i(2).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Declaratory judgment that Defendant's conduct violated the FDCPA;

    b. Actual damages, including attorney's fees incurred during the state court action;

    c. Statutory damages pursuant to 15 U.S.C. §1692k;

    d. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k; and

    e. Such other and further relief as the Court deems just and proper.

## **COUNT II – FALSE STATEENT TO A TRIBUNAL**

18. Plaintiff incorporates Paragraphs 1 through 15.

19. Defendant falsely stated to the state court that Deitsch resided in Kings County, New York when she actually resided in Florida. *See* Exhibit "A."

20. Defendant made the representation in violation of 15 U.S.C. §1692e and did so knowingly.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a. Statutory, actual damages, and punitive damages;

    b. Attorney's fees, litigation expenses and costs of suit; and

    c. Such other or further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

                                       */s/Joel D. Lucoff* _____
                                       Joel D. Lucoff
                                       Fla. Bar No. 192163
                                       Debt Shield Law
                                       3440 Hollywood Blvd., Suite 415
                                       Hollywood, FL 33021
                                       Phone (754) 800-5299
                                       service@debtshieldlaw.com
                                       joel@debtshieldlaw.com
                                       dayami@debtshieldlaw.com